# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-00290 |
| NATIONAL FIRE & MARINE INS. CO., et. al. ) | |
| *Defendant* ) | |

## UPDATED APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Angela Gray                                            .

Date:    07/11/2022

/s/ Michael W. Phelps
*Attorney's signature*

Michael W. Phelps, #20646-89

329 E. Vermont Street
Ste. 200
Indianapolis, IN 46303
*Address*

mphelps@hankeylaw.com
*E-mail address*

(317) 634-8565
*Telephone number*

(317) 534-3833
*FAX number*