UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, MAYA ONE, LLC, OHAD GIL,<br><br>    Defendants. | Case No. 3:22-CV-290 JD |

## ORDER

Plaintiff United Specialty Insurance Company sued Defendants National Fire & Marine Insurance Company, Maya One LLC, Ohad Gil, and Angela Gray. Mr. Gray was dismissed from this case on May 3, 2023. No one appeared on behalf of Maya One or Ohad Gil, and they did not otherwise answer either the original complaint or the amended complaint.

United Specialty and National Fire have now jointly moved to dismiss this case with prejudice. (DE 21.) Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. *See id*. ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: September 11, 2023

                                                    /s/ JON E. DEGUILIO
                                                  Judge
                                                  United States District Court